### Exhibit A to the Complaint

**Location:** San Jose, CA  **IP Address:** 99.149.254.38
**Total Works Infringed:** 41  **ISP:** AT&T U-verse

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: E4E39DB6AF30BC1DA628110D7A3CA6C4CB9B9895<br>File Hash: A1AAF0FFEFCD5CEDD4D56F3D0D890850F01475F4750EDC72DEA7894D1582FDDB | 04-29-2021 08:11:22 | Vixen | 12-18-2020 | 01-04-2021 | PA0002277038 |
| 2 | Info Hash: FD865E2B8D5F117ED83F3FD07113371F03C62A0B<br>File Hash: E543D3637AE76F35F80302CD0B33D5CCC4ED8D94C159A539329B629B1FC2350E | 02-07-2021 03:16:59 | Tushy | 09-20-2020 | 09-29-2020 | PA0002258683 |
| 3 | Info Hash: C422B5A51FDCCA3AF8EE933ACC0B4E7648B6A4BA<br>File Hash: CA496CE59F2203BD26ADBC196B8C3764225AFB30AD840E8F38CE84B92DDE8F83 | 07-29-2020 09:09:08 | Vixen | 07-17-2020 | 08-11-2020 | PA0002252259 |
| 4 | Info Hash: 3EDEAC15127BDACFB1FC2C2B1CE331BD44085301<br>File Hash: 1674E144EF320392B42794F61A74E5E1AE265BD64258D03D2839B179458F1FE1 | 07-11-2020 08:57:09 | Blacked Raw | 07-06-2020 | 07-20-2020 | PA0002248962 |
| 5 | Info Hash: DDBE2846AB69C143466E5267B8D4DCA279CBA479<br>File Hash: 52E1BBCBEF39A1B017A53C8FF88264EDC6CE945C2F96E4CC00CFE09B81C79CB6 | 07-11-2020 08:55:40 | Blacked Raw | 05-18-2020 | 06-08-2020 | PA0002243644 |
| 6 | Info Hash: C695EDFA34BDA5089F0EC37C361E56A8C5CF5878<br>File Hash: DFB96246FAF43B88B6AA8D9ECE6BD4CF7DB5EFB3E416CA5A9C08219EDCA0C24B | 07-11-2020 08:00:35 | Blacked | 07-04-2020 | 07-20-2020 | PA0002248966 |
| 7 | Info Hash: 0BAEA36D03C153CF962E2B382C78DCC29D150452<br>File Hash: 3DA5A5D8E73723CBFE58FF538CEA2C7BB814F53793E783D42A109B742A13970B | 06-04-2020 23:57:01 | Blacked Raw | 04-27-2018 | 05-24-2018 | PA0002101367 |
| 8 | Info Hash: 683DC9862ED968CB69F33FDF3EC90FCDBFC90496<br>File Hash: 2DFDD794A3246B61569A8DB7B3CDE814BBE5EE49A65D77DD8F822ACF408696C6 | 06-04-2020 20:39:14 | Blacked Raw | 10-24-2017 | 11-30-2017 | PA0002098011 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 6A49A11B13EF590A40FF5301E0376A2FB277D641<br>File Hash: C3C755A26B625D3D20995FCF8C88BEC28BDEC365CF0333DFC275F3EF8D7B50A7 | 06-04-2020 20:09:53 | Blacked | 09-22-2018 | 11-01-2018 | PA0002143419 |
| 10 | Info Hash: A431C96503B22EE18A5B1B4CDD3B9C8D90B76FC2<br>File Hash: 0E10287CB4A4360E1ED994303254EBE86DC5EAA9C9B99DBC409534285017716D | 06-04-2020 20:00:29 | Blacked | 01-10-2018 | 01-15-2018 | PA0002070942 |
| 11 | Info Hash: B64795AC58268CD9C422E07C69CFE21BF5817B3A<br>File Hash: D635910093E18115308F865230E69E3C9BD78A158FE7F327A8E07D39DC5D7AED | 04-26-2020 11:58:49 | Blacked | 10-22-2019 | 11-05-2019 | PA0002210294 |
| 12 | Info Hash: 0375A9CC6F696CF14E34696CAE9EF334733741E8<br>File Hash: 1C99FE6D021C575065CC1B5D4E76375B08A2CA860933F776EC1CBDB22FBC1D2D | 04-26-2020 11:57:45 | Blacked | 03-21-2020 | 04-15-2020 | PA0002246170 |
| 13 | Info Hash: DB62E40C2955C3F1CA423B86FC0488F726C2335F<br>File Hash: 5E77791CA69E8D411E98B26FAB96CF8505CC66AE74C42FD899695FD22BDB5A12 | 04-26-2020 11:39:57 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 14 | Info Hash: A61605FDFCCC1C092AF9BF525760FB6A5E5A3A5F<br>File Hash: 4D534E8FD6788DE66AD5E05154C32022FA6B56B6CBD0089D6D8268E1C89D9687 | 04-26-2020 11:19:19 | Vixen | 04-24-2020 | 05-05-2020 | PA0002249029 |
| 15 | Info Hash: 8B3B424903BAA63F146C6587BBAEBD3103EBF169<br>File Hash: B8D4A521EF2779064D9E14FA353690E5381774D290E7483CECB8AE4A9C25647A | 04-26-2020 11:13:11 | Vixen | 04-17-2020 | 04-22-2020 | PA0002237694 |
| 16 | Info Hash: 013FB4E2FE05A577E30A26645152DD345E96C188<br>File Hash: 5EA853B95915065642C5BE28E33FA79850309D4241179FCD4851A98B19346A3B | 04-11-2020 09:02:05 | Vixen | 04-03-2020 | 04-17-2020 | PA0002237302 |
| 17 | Info Hash: 3AFA5D1A4DDDF15739192F86AD64E4711A2F7A32<br>File Hash: AA1312A9C012D8F7A0E54B5B2003A8B4E45675E08691880B56BA0028918B8DE3 | 01-28-2020 08:53:22 | Vixen | 01-24-2020 | 03-15-2020 | PA0002240434 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: DA3174A0BF7AA394CD356B51DFB8205EDC6FF33D<br>File Hash: 652B00B92CED3C924377EC2B40D6EFE3951787059FCE3F69167083B8E06109F4 | 01-03-2020 12:09:53 | Vixen | 12-30-2019 | 01-27-2020 | PA0002223956 |
| 19 | Info Hash: 785CB7DA9CA2BD968A654E2BDBF17DA3C3A91A0E<br>File Hash: D666BE6383430C00DF9DABEFE90B6DD9B63E1ED6AFE02BAA18493C72865DA559 | 12-27-2019 13:03:34 | Vixen | 12-20-2019 | 02-03-2020 | PA0002225564 |
| 20 | Info Hash: A96CB64E937D16635099A291DF66872988DB3CE2<br>File Hash: 3BB01A1A6A59951571A72103BFFA914318BAC4864A958428D15F5B935FB52768 | 12-27-2019 11:09:10 | Vixen | 12-15-2019 | 01-03-2020 | PA0002233430 |
| 21 | Info Hash: 98A758BDF55197FBF000B461F178493326ABBD65<br>File Hash: 91C51869CC0FF0C5FAE0D87322CC8938151A4EA7BA7A8F379E6793DFAC6C2C4A | 12-10-2019 05:49:35 | Vixen | 12-05-2019 | 12-17-2019 | PA0002217671 |
| 22 | Info Hash: 7DC5428D1EBD837307A66BC522B52C7F3CEE7870<br>File Hash: C455654BF7784E8149B6E0152E69AACE89147C51F998F8EF2E9AC934570FCC34 | 12-10-2019 05:35:42 | Vixen | 11-25-2019 | 12-09-2019 | PA0002216264 |
| 23 | Info Hash: 9129C8000A972FB605AA21176EC92A7B890979AB<br>File Hash: 5DF83ACD7891971173F2A56E238AE8352571D5F4AF56F7B997E09FB7011F869D | 11-05-2019 08:45:36 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 24 | Info Hash: 219BC0BC67C63963FA0AA9EF310C09EC4BCE055A<br>File Hash: 2E0E176FABD9043446C0F4168909C85A493935DCEB3D9CE7657651CC7664390F | 11-05-2019 08:24:52 | Vixen | 10-26-2019 | 11-05-2019 | PA0002227099 |
| 25 | Info Hash: B6F5BDCA722BCAC4EAB1561FCDE83A4AC08FFB8E<br>File Hash: 5F012319ADF87B5C2017760F4724BC017094185E636CE8EC7E07A722713C1EF8 | 09-29-2019 08:15:27 | Vixen | 09-26-2019 | 10-01-2019 | PA0002217354 |
| 26 | Info Hash: A323CE426DF8477D9E081137B6455177AD8A5250<br>File Hash: 1AB2725B8ADE18D027E1DDFB402C129AC6926A2368BDB27144E697901F8EB646 | 09-21-2019 08:08:38 | Vixen | 08-22-2019 | 09-17-2019 | PA0002216215 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 976A6848B2267817A0FB23CCD8E05662E2C97B92<br>File Hash: 780A4DC6FA4815FF3E7934B8A9F1CE896FC6FDCCE778B66B87DA85B70B73CBAF | 07-25-2019 07:15:24 | Vixen | 07-23-2019 | 08-27-2019 | PA0002213247 |
| 28 | Info Hash: FE706A0D53DE236096C6D3E561F68FD029D88C64<br>File Hash: 381C875766CA311B44337738CE356883415E15515B861AF0B6E73AE565B27C62 | 07-20-2019 10:05:50 | Vixen | 07-18-2019 | 09-10-2019 | PA0002199410 |
| 29 | Info Hash: 119A6FA2D5848F4B7E5E89001A14EF5819EDD23A<br>File Hash: C381D6C9B178E0BAA8687E4D702D144D9CA50E4233E637060571F4FBFFB6F68A | 07-17-2019 08:36:59 | Vixen | 07-13-2019 | 08-02-2019 | PA0002192302 |
| 30 | Info Hash: 476E3FCFB4524984E49DD1F39430AE41906240C2<br>File Hash: 834F8CC547969E6D74E71C8E2618B5179EDD19A9D83856E87770170049640070 | 06-29-2019 07:53:14 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 31 | Info Hash: DB934D500CFF01F9DF582DB7E40B077E0FDC9D5D<br>File Hash: 70C0FA50C1450992326298AB7F918A8A86FCC0C7686B6783048FD12520745CFA | 05-13-2019 07:44:25 | Vixen | 05-09-2019 | 06-03-2019 | PA0002178768 |
| 32 | Info Hash: FE65E2293597034E97608A04A0C571609F9D140A<br>File Hash: FB65933FAE6355CEF50DFE463AFCDA30643DAF106C13288A12A37DE4908CEE87 | 05-11-2019 06:23:01 | Tushy | 04-01-2019 | 05-11-2019 | PA0002173888 |
| 33 | Info Hash: 2299E03CACE635B89FD3491F200B9D4EA1D10008<br>File Hash: 4B281D2DBA397D50FD59333F8A5D01FF21C057D816BB54713FAAA67BCC19A0D9 | 05-05-2019 20:38:03 | Vixen | 04-24-2019 | 06-03-2019 | PA0002178769 |
| 34 | Info Hash: 02639B130583FF6164422EB36273B3638580412C<br>File Hash: 89C4BCCCAC1829C7CE5193CF12C17D6D0C17086E78CDA9B8870BB0B41BF73479 | 04-12-2019 07:22:08 | Vixen | 04-09-2019 | 04-29-2019 | PA0002169963 |
| 35 | Info Hash: 547F59918808C7DD20DEFBD841F4F140FDB0D2DD<br>File Hash: B5BB34C457E4594F2C2FEEF860DB4EDE3E3C0D710F987129C155729453639A62 | 04-05-2019 03:05:02 | Vixen | 04-04-2019 | 04-29-2019 | PA0002169968 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 6ECB1194D36700B5CC8EFEC1AA41EE0790BB29B8<br>File Hash: 2855C90D2229F16AA81EC01DC0B0B5DDCAD203487C23B656036B4961B916C87E | 04-02-2019 07:47:02 | Vixen | 03-30-2019 | 04-29-2019 | PA0002169943 |
| 37 | Info Hash: D46E4EC192DC461B1D58EEC7C3A4CA42311F227F<br>File Hash: FFA0F87B25A8218FBB7A50B8246A2D2F89AEFC759ED11587CC77172395E229CF | 04-02-2019 07:43:23 | Blacked | 12-31-2018 | 01-22-2019 | PA0002147686 |
| 38 | Info Hash: E4DF9FCB76291459B1591678DF71BA4012554DCF<br>File Hash: E677124B41A987522334A653EAA666C88E5589991925F723C3675E9ABF2F4408 | 02-26-2019 09:17:22 | Tushy | 07-25-2018 | 09-05-2018 | PA0002134601 |
| 39 | Info Hash: 9801C0E719F4852DA34EC8042C622B8D0B2C288C<br>File Hash: 9A114D1DF2DB1990188B06495129AFBBC0B60E88EFBD6C6FC800E8EB5A0A3CEA | 02-22-2019 07:55:36 | Vixen | 02-18-2019 | 03-11-2019 | PA0002158598 |
| 40 | Info Hash: 9ADA8E7FF7310FD80C6DC5F9B23D3441603D226D<br>File Hash: 9F97826C17C37B8DF6818693ED4F140ED51A3D1099AFB95AAE54DEE169C34515 | 02-15-2019 06:45:09 | Vixen | 02-13-2019 | 03-11-2019 | PA0002158413 |
| 41 | Info Hash: 84FEB874319728389ACFBDD9188FDBF6C57DA75C<br>File Hash: 7A6B52B645BE0D832E6A225667034CB707762BD1CAE234FB660518649DF9ABC0 | 12-30-2018 21:56:47 | Vixen | 12-25-2018 | 01-22-2019 | PA0002147901 |