# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 99.149.254.38,<br><br>　　　　　Defendant. | Case Number: 4:21-cv-03950-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

　　　THIS CAUSE came before the Court upon Plaintiff's e*x-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for August 24, 2021, and the Court being duly advised in the premises does hereby:

　　　ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until October 15, 2021 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference scheduled for August 24, 2021 is continued to November 16, 2021 at 2:00 p.m.

　　　**DONE AND ORDERED**.

Dated: ____8/9/2021____　　　　　By: *Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　**United States District Judge**
　　　　　　　　　　　　　　　　　　Hon. Haywood S. Gilliam, Jr.

1